IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ROBERT JAMES WOLFE, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:16cv771-MHT |
| ) | (WO) |
| WALTER MYERS, Warden, ) | |
| et al., ) | |
| ) | |
| Respondents. ) | |

**JUDGMENT**

Upon consideration of petitioner's motion to dismiss (doc. no. 3), it is ORDERED that:

(1) The motion is granted.

(2) This case is dismissed in its entirety without prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of December, 2016.

                                       /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE